THIS was an a action on a promissory note; to which the defendant pleaded the act of Assembly against usury; and thereupon the following points were ruled by the Court, in their charge to the Jury.
 

 1st. That where more than leg I interest was included in any note, bond, or specialty, the whole amount could not be sued for and recovered: But the plaintiff was entitled, in such case, to a verdict for the just principal and lawful interest.
 

 2d. That if a man, directly, or indirectly, actually receives more than fix per cent, he incurs a forfeiture equal to the money &c. lent; but if an action is brought to recover the amount of the loan, a verdict ought not to be given for the defendant, as that would, in effect, be putting the money into his pocket, instead of working a forfeiture to the Commonwealth.
 

 3d. That a man may,
 
 bona fide,
 
 purchase any security for the payment of money, at the lowest rate he can, without incurring the penalties of usury.